# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                      Case No. 15−33019
                                                              Chapter 13

Alyson Noles Benjamin

       Debtor

## ORDER OF DISMISSAL

       A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017−1 or LBR 1006−1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

       **ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 14th day of December, 2015.

Dwight H. Williams Jr.
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

```
                                  United States Bankruptcy Court
                                   Middle District of Alabama
In re:                                                                                  Case No. 15-33019-DHW
Alyson Noles Benjamin                                                                   Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 1127-2           User: jingram                Page 1 of 2                  Date Rcvd: Dec 14, 2015
                               Form ID: odsmneg             Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2015.
db             +Alyson Noles Benjamin,    1101 Taylor Oaks Circle, Apt. 202,    Montgomery, AL 36116-8575
3423172        +1st Franklin Financial,    213 E. Tugalo Street,    Toccoa, GA 30577
3423173        +Aaron's Sales & Lease Ownership,    490 W. Fairview Avenue,    Montgomery, AL 36105-1670
3423176         Alabama ER Admin Services-East,    PO Box 2324,    Birmingham, AL 35201-2324
3423177        +Alabama Gas Company,    20 20th Street South,    Birmingham, AL 35205-6337
3423178        +Alabama Title Loans, Inc.,    3530 Atlanta Hwy,    Montgomery, AL 36109-3620
3423179        +Bank of America Home Loans,    PO Box 942019,    Simi Valley, CA 93094-2019
3423180        +Baptist Medical Center East,    PO Box 241145,    Montgomery, AL 36124-1145
3423181        +Capital Pawn,    4359 Troy Hwy,    Montgomery, AL 36116-4105
3423182         Charles Wyatt Edmondson,    621 S. Perry Street,    Montgomery, AL 36104-5819
3423183        +Check Into Cash,    6146 Atlanta Highway,    Montgomery, AL 36117-2800
3423184        +Ciji Eve Rodrigue,    1140 Roma Avenue,    Hammond, LA 70403-5464
3423186         Credit Central - Corporate Office,    700 E North St Ste 15,    Greenville, SC 29601-3013
3423189        +Direc Management,    4320 Downtowner Loop S Ste A,    Mobile, AL 36609-5447
3423190         Ditech,   PO Box 6172,    Rapid City, SD 57709-6172
3423193        +ERC,   P.O. Box 57547,    Jacksonville, FL 32241-7547
3423192        +Easy Money Cash Center,    1102 Ann Street,    Montgomery, AL 36107-3002
3430201        +FAST CASH TITLE EXCHANGE #1,    C/O CHAMBLESS MATH & CARR PC,    PO BOX 230759,
                 MONTGOMERY, AL 36123-0759
3423194        +First Sun Finance,    33 South Perry Street,    Montgomery, AL 36104-3756
3423195        +Flournoy Properties dba Verandas,    at Taylor,    7701 Taylor Oaks Circle,
                 Montgomery, AL 36116-8518
3423196        +Great American Cash,    3600 Atlanta Highway,    Montgomery, AL 36109-3622
3423197         Guardian Credit Union,    1732 Cong W L Dickerson Drive,    Montgomery, AL 36109-2602
3423198        +Holloway Credit Solutions,    DBA Credit Bureau Collections Department,    PO Box 230609,
                 Montgomery, AL 36123-0609
3423199         Michael Otts Godwin,    P.O. Box 230759,    Montgomery, AL 36123-0759
3423200        +Montgomery Credit Corporation,    5151 Atlanta Hwy,    Montgomery, AL 36109-3319
3423203        +NCC Business Services Inc,    PO Box 24739,    Jacksonville, FL 32241-4739
3423201        +Nathan & Nathan,    PO Box 1715,    Birmingham, AL 35201-1715
3434925        +National Collegiate Student Loan Trust 2006-3,    PO Box 4275,    Norcross, GA 30091-4275
3423202        +National Collegiate Trust,    1200 North 7th Street,    Harrisburg, PA 17102-1419
3434964        +PARTNERS REAL ESTATE LLC,    C/O CHAMBLESS MATH & CARR PC,    PO BOX 230759,
                 MONTGOMERY, AL 36123-0759
3423204        +Partners Real Estate,    12 West Jefferson Street, Suite 200,    Montgomery, AL 36104-2600
3423205         Pinnacle Credit Services,    PO Box 640,    Hopkins, MN 55343-0640
3423206       ++REPUBLIC FINANCE LLC,    1140 ROMA AVE,    HAMMOND LA 70403-5464
               (address filed with court: Republic Finance,     1140 Roma Avenue,    Hammond, LA 70403-5464)
3423207        +River Region Rentals, LLC,    1044 E. Fairview Avenue,    Montgomery, AL 36106-2145
3423208         Sarah Leopold Taggart,    P.O. Box 18862,    Huntsville, AL 35804-8862
3423210        +Southern Speciality Finance,    dba Check N Go,    2851 E. South Blvd., Suite C,
                 Montgomery, AL 36116-2513
3423211        +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
3423212        +Uncle Bob's Self Storage,    2632 Spruce,    Montgomery, AL 36107-3154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3423174         E-mail/Text: bpage@acceptanceloan.com Dec 14 2015 21:11:51     Acceptance Loan Company,
                 PO Box 159,    Jackson, AL 36545
3423175        +EDI: ACECASHXPRESS.COM Dec 14 2015 20:53:00      ACE Cash Express,    6518 Atlanta Highway,
                 Montgomery, AL 36117-4245
3437355         E-mail/Text: bpage@acceptanceloan.com Dec 14 2015 21:11:51     Acceptance Loan Company,
                 15467 Highway 59, Suite 2,    Foley, Alabama 36535
3430927         EDI: AIS.COM Dec 14 2015 20:53:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
3423185        +E-mail/Text: bk@creditcentralllc.com Dec 14 2015 21:11:45     Credit Central,
                 1734 East Main Street,    Prattville, AL 36066-5582
3423187        +E-mail/Text: bk.litigation@crestfinancial.com Dec 14 2015 21:11:41
                 Crest Financial Services, LLC,    15 West Scenic Pointe Drive,    Suite 350,
                 Salt Lake City, UT 84020-6121
3423188        +E-mail/Text: electronicbkydocs@nelnet.net Dec 14 2015 21:11:28     Dept of Education Nelnet,
                 121 S 13th Street,    Lincoln, NE 68508-1904
3423191        +EDI: DCI.COM Dec 14 2015 20:53:00      Diversified Consultants Inc.,
                 10550 Deerwood Park Blvd Ste 309,    Jacksonville, FL 32256-2805
3423191        +E-mail/Text: bankruptcynotices@dcicollect.com Dec 14 2015 21:11:47
                 Diversified Consultants Inc.,    10550 Deerwood Park Blvd Ste 309,
                 Jacksonville, FL 32256-2805
3423206         E-mail/Text: bankruptcy@republicfinance.com Dec 14 2015 21:11:59     Republic Finance,
                 1140 Roma Avenue,    Hammond, LA 70403-5464
3423209         EDI: SECFIN.COM Dec 14 2015 20:53:00      Security Finance Corporation,
                 Central Bankruptcy And Recovery,    PO Box 1893,    Spartanburg, SC 29304-1893
3423210        +EDI: CHECKNGO.COM Dec 14 2015 20:53:00      Southern Speciality Finance,    dba Check N Go,
                 2851 E. South Blvd., Suite C,    Montgomery, AL 36116-2513
3428569        +E-mail/Text: electronicbkydocs@nelnet.net Dec 14 2015 21:11:28     U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3429351        +E-mail/PDF: bk@worldacceptance.com Dec 14 2015 21:16:27      World Finance Corporation,
                 7959 Vaughn Rd.,    Montgomery, AL 36116-6656
3423213         E-mail/PDF: bk@worldacceptance.com Dec 14 2015 21:16:28      World Finance Corporation,
                 Attn: Bankruptcy Processing Center,    PO Box 6429,   Greenville, SC 29606-6429
                                                                                                  TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3424545*      ++REPUBLIC FINANCE LLC,   1140 ROMA AVE,    HAMMOND LA 70403-5464
               (address filed with court: Republic Finance, LLC.,   1140 Roma Ave.,   Hammond, LA 70403)
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2015 at the address(es) listed below:
             Bankruptcy Administrator    ba@almb.uscourts.gov
             Curtis C. Reding    trustees_office@ch13mdal.com
             Leonard N. Math    on behalf of Creditor    PARTNERS REAL ESTATE, LLC noticesmd@chambless-math.com
             Leonard N. Math    on behalf of Creditor    FAST CASH TITLE EXCHANGE #1 noticesmd@chambless-math.com
             Leonard N. Math    on behalf of Creditor    MONTGOMERY CREDIT CORPORATION
              noticesmd@chambless-math.com
             Michael D. Brock    on behalf of Debtor Alyson Noles Benjamin brockstout@enter.twcbc.com,
              bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com;brockandstoutnotices@nickwooten.com
                                                                                                  TOTAL: 6
```