UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                 Case No. 15–33019
                                                    Chapter 13
Alyson Noles Benjamin

        Debtor

## NOTICE OF FILING FEES DUE

      A review of the Court's financial records disclosed that there is an outstanding filing fee of $260.00 due for the above referenced bankruptcy case filed by you on October 27, 2015. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

      Please remit the outstanding balance by way of a money order or cashier check. **We do not accept cash.** The case number should be referenced on the payment. The payee on the money order or cashier check is: *Clerk, U.S. Bankruptcy Court*. Failure to pay filing fees will result in additional collection proceedings. Please remit payment to:

      U.S. Bankruptcy Court
      One Church Street
      Montgomery, AL 36104

      If you have questions, or require additional information, please contact the Financial Administrator at (334)954–3872.

Dated: January 15, 2016

*(signature)*

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                         Case No. 15-33019-DHW
Alyson Noles Benjamin                                          Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
```

District/off: 1127-2     User: jclark           Page 1 of 1           Date Rcvd: Jan 15, 2016
                         Form ID: nffdue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2016.
db           +Alyson Noles Benjamin,    1101 Taylor Oaks Circle, Apt. 202,    Montgomery, AL 36116-8575

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Leonard N. Math    on behalf of Creditor    PARTNERS REAL ESTATE, LLC noticesmd@chambless-math.com
              Leonard N. Math    on behalf of Creditor    FAST CASH TITLE EXCHANGE #1 noticesmd@chambless-math.com
              Leonard N. Math    on behalf of Creditor    MONTGOMERY CREDIT CORPORATION
               noticesmd@chambless-math.com
              Michael D. Brock    on behalf of Debtor Alyson Noles Benjamin brockstout@enter.twcbc.com,
               bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com
                                                                                             TOTAL: 6